■ In the Matter of MILTON FISHER, Appellant, against BOARD OF ELECTIONS OF THE CITY OF NEW YORK et al., Respondents. (Bannigan-Cincotta Liberal Petition.) — Order unanimously affirmed, without costs. No opinion. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Murphy, Ughetta and Kleinfeld, JJ.

■ In the Matter of RENEE B. FISHER et al., Appellants, against BOARD OF ELECTIONS OF THE CITY OF NEW YORK et al., Respondents. (Bloom-Bannigan-Cincotta Democratic Petition.) — Order unanimously affirmed, without costs. No opinion. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Murphy, Ughetta and Kleinfeld, JJ.

■ In the Matter of RENEE B. FISHER et al., Appellants, against BOARD OF ELECTIONS OF THE CITY OF NEW YORK et al., Respondents. (Bloom-Cincotta-Gleason Democratic Petition.) — Order unanimously affirmed, without costs. No opinion. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Murphy, Ughetta and Kleinfeld, JJ.

■ In the Matter of A. PAUL GOLDBLUM, Appellant-Respondent, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and THOMAS A. DUFFY et al., Respondents-Appellants. — Order affirmed, without costs. No opinion. Wenzel, Acting P. J., Ughetta and Murphy, JJ., concur; Kleinfeld, J., dissents and votes to modify the order by striking therefrom the first ordering paragraph and by substituting therefor a provision that the application be denied with respect to the persons named in said paragraph, with the following memorandum: In my opinion the petition here adequately complies with the statute (Election Law, § 12). There is no requirement in the statute that each designee should be specifically labeled " male " or " female " where that fact is otherwise clearly evident.

■ In the Matter of FRANCES P. HIMELFARB, Appellant, against CHARLES G. CHRISTOFFERS et al., Respondents.— Order reversed on the law and the facts, without costs, and petition granted. Findings of fact insofar as they may be inconsistent herewith are reversed, and new findings are made as indicated herein. The subscribing witness was not eligible to sign. Wenzel, Acting P. J., Ughetta and Kleinfeld, JJ., concur; Murphy, J., dissents and votes to affirm.

■ In the Matter of NORMAN KIELL, Appellant, against JOHN Fox et al., Respondents.— Order unanimously affirmed, without costs. No opinion. Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., Murphy, Ughetta and Kleinfeld, JJ.